IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ROBERTSON,<br><br>                          Plaintiff,<br><br>    v.<br><br>ANTHONY NEWLAND, et al.,<br><br>                         Defendants. | CIV S-03-1712 MCE KJM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

      The court has considered Defendants' 20-day Request for Extension of Time to file objections to the court's March 2, 2006 Findings and Recommendations and finds good cause for the request. The time for filing Defendants' Objections to Magistrate Judge's March 2, 2006 Findings and Recommendations is extended to April 6, 2006.

DATED: March 20, 2006.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

robertson.eot.wpd

1