IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ROBERTSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY NEWLAND, et al.,<br><br>　　　　　　　　　　Defendants. | CIV S-03-1712 MCE KJM P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |

The court has considered defendants' request for an additional ten days to file objections to the court's March 2, 2006 Findings and Recommendations and finds good cause for granting the request. The time for filing defendants' objections to the March 2, 2006 Findings and Recommendations is extended to April 17, 2006.

DATED: April 12, 2006.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

robertson.wpd

1