IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN ROBERTSON,                                No. 2:03-cv-1712-MCE-KJM-P

      Plaintiff,

      v.                                                          ORDER

ANTHONY NEWLAND, et al.,

      Defendants.

/

Plaintiff, a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983, has filed a motion for the appointment of counsel (doc. 46). The court finds appointing counsel to be appropriate in the current posture of the case. A further order will issue when counsel has been identified.

This case is currently set for trial on October 31, 2007 at 9:00 a.m. Further orders will issue setting a schedule for the filing of pretrial statements, pretrial conference and trial confirmation hearing once counsel has been identified.

IT IS SO ORDERED.

Dated: March 30, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1