IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN ROBERTSON,

        Plaintiff,                    No. CIV S-03-1712 MCE KJM P

    vs.

ANTHONY NEWLAND, et al.,

        Defendants.         ORDER

_____/

        Plaintiff has requested an extension of time to file dispositional documents in accordance with the district court's order of September 19, 2007. Defendants have joined in the motion. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 3, 2007 request for an extension of time is granted; and

        2. The parties are granted thirty days from the date of this order in which to file dispositional documents.

DATED: December 17, 2007.

_____
U.S. MAGISTRATE JUDGE

2/robe1712.eot

1